IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 8/12/05
By _____
Deputy Clerk

STEVEN B. BELKIN,
       Plaintiff,

v.

BRUCE LEVENSON,
ED PESKOWITZ,
J. MICHAEL GEARON, JR.,
J. RUTHERFORD SEYDEL II,
LPF ATLANTA LLC, and
SSG GROUP, LLC,

       Defendants.

05 - 11695 RCL

Civil Action No.

MAGISTRATE JUDGE Sorokin

RECEIPT # 66300
AMOUNT $ 250
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. TDM
DATE 8/16/05

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendants Bruce Levenson, Ed Peskowitz, J. Michael Gearon, Jr., J. Rutherford Seydel II, LPF Atlanta LLC, and SSG Group, LLC. (collectively, "Defendants") hereby remove the state court action entitled *Belkin v. Levenson, et al.*, Civil Action No. 05-3287 (BLS), filed in the Superior Court of Suffolk County, Massachusetts on August 4, 2005. Defendants were served on August 5, 2005. Thus, this Notice of Removal is being timely filed within thirty days of service, as required by 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants is filed with this notice at Tab A. In support of removal, Defendants state as follows:

### GROUNDS FOR REMOVAL

Federal jurisdiction exists over this removed action pursuant to 28 U.S.C. § 1441 because this action could originally have been filed in this Court pursuant to 28 U.S.C. § 1332. Diversity

jurisdiction exists over this action because the Plaintiff has complete diversity with each Defendant and the amount in controversy exceeds the sum of $75,000.

## DIVERSITY JURISDICTION

## COMPLETE DIVERSITY

1. Plaintiff Steven Belkin is a citizen of Massachusetts. *See* Compl. ¶ 2.

2. Defendant Bruce Levenson is a citizen of Maryland. *See* Compl. ¶ 3.

3. Defendant Ed Peskowitz is a citizen of Maryland. *See* Compl. ¶ 4.

4. Defendant J. Michael Gearon, Jr. is a citizen of Georgia. *See* Compl. ¶ 5.

5. Defendant Rutherford Seydel II is a citizen of Georgia. *See* Compl. ¶ 6.

6. Defendant LPF Atlanta LLC is a limited liability company. *See* Compl. ¶ 7. A limited liability company is a citizen of every state in which any of its members is a citizen.[1] LPF Atlanta LLC's members are Levenson, Peskowitz and Forman. All three members are citizens of Maryland.

7. Defendant SSG Group, LLC is a limited liability company. *See* Compl. ¶ 7. A limited liability company is a citizen of every state in which any of its members is a citizen.[2] SSG Group, LLC's members are Beau Turner Sports LLC, Gearon Sports LLC, Seretean Sports LLC and Seydel Sports Group LLC. The member of Beau Turner Sports LLC is Reed Beauregard Turner who is a citizen of Georgia. The members of Gearon Sports LLC are Michael Gearon Sr., and Michael Gearon Jr. Both members are citizens of Georgia. The

---

[1] *See JMTR Enterprises, LLC v. Duchin*, 42 F. Supp. 2d 87, 94 (D. Mass. 1999) (limited liability companies "are taken to be citizens of the state or states of which their members are citizens."). *See also Ketterson v. Wolf*, 2001 WL 940909, at *3 (D. Del. Aug. 14, 2001) ("[A] limited liability company is a citizen of the states of which its individual members are citizens."); LPF Atlanta LLC is a citizen of . *See* 28 U.S.C. § 1332(c)(1).
[2] *See JMTR Enterprises, LLC v. Duchin*, 42 F. Supp. 2d 87, 94 (D. Mass. 1999) (limited liability companies "are taken to be citizens of the state or states of which their members are citizens."). *See also Ketterson v. Wolf*, 2001 WL 940909, at *3 (D. Del. Aug. 14, 2001) ("[A] limited liability company is a citizen of the states of which its individual members are citizens."); LPF Atlanta LLC is a citizen of . *See* 28 U.S.C. § 1332(c)(1).

member of Seretean Sports LLC is M.B. Seretean who is a citizen of Georgia. The member of Seydel Sports Group LLC is Rutherford Seydel II who is a citizen of Georgia.

8. Because Plaintiff is a citizen of Massachusetts and none of the Defendants are citizens of Massachusetts, the diversity requirement of 28 U.S.C. § 1332(a) is clearly met.

## AMOUNT IN CONTROVERSY

9. Plaintiff's verified complaint seeks injunctive relief, and has contended that his potential harm exceeds $75,000 and he has placed an amount in controversy far greater than the $75,000 required for diversity jurisdiction purposes under 28 U.S.C. § 1332(a).

10. Concurrent with the filing of this Notice of Removal, Defendants are giving written notice of this Notice of Removal to the Superior Court of Suffolk County, Massachusetts.

Respectfully Submitted,

BRUCE LEVENSON,
ED PESKOWITZ,
J. MICHAEL GEARON, JR.,
J. RUTHERFORD SEYDEL II,
LPF ATLANTA LLC, and
SSG GROUP, LLC

By their Attorneys,

*Thomas Frongillo*
Thomas C. Frongillo (BBO #180690)
Patrick J. O'Toole, Jr. (BBO #559267)
Danielle E. Simon (BBO #661676)
Weil, Gotshal & Manges llp
100 Federal Street
Boston, Massachusetts 02110
Tel.: (617) 772-8300
Fax: (617) 772-8333

**OF COUNSEL:**

Edward J. Hardin
John J. Almond
ROGERS & HARDIN LLP
229 Peachtree Street NE
2700 International Tower
Atlanta, GA 30303
Tel: 404-522-4700
Fax: 404-525-2224

*Pro Hac Vice Admission Pending*

James W. Quinn
Bruce S. Meyer
Samantha G. Fisherman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)    Belkin v. Levenson

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☒   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Thomas C. Frongillo
ADDRESS    Weil, Gotshal & Manges LLP, 100 Federal Street, Boston, MA   02110
TELEPHONE NO.    (617) 772-8300

(CategoryForm.wpd - 5/2/05)

Pursuant to Question 8, the motion pending in the state court is the Defendants' Emergency Motion to Compel Arbitration and to Stay Court Proceedings Pending Arbitration.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Steven B. Belkin

**DEFENDANTS**
Bruce Levenson

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Maryland
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)  John G. Fabiano
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street, Boston, MA 02109

Attorneys (If Known)  Thomas C. Frongillo
Weil, Gotshal & Manges LLP
100 Federal Street, Boston, MA 02110

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332
Brief description of cause: injunctive relief

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ preliminary injunction
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE  8/15/05
SIGNATURE OF ATTORNEY OF RECORD  *Thomas C. Frongillo*

**FOR OFFICE USE ONLY**

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____