IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN B. BELKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-11695-RCL |
| ) | |
| BRUCE LEVENSON, ) | |
| ED PESKOWITZ, ) | |
| J. MICHAEL GEARON, JR., ) | |
| J. RUTHERFORD SEYDEL II, ) | |
| LPF ATLANTA LLC, and ) | |
| SSG GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff Steven B. Belkin ("Plaintiff") and defendants Bruce Levenson, Ed Peskowitz, J. Michael Gearon Jr., J. Rutherford Seydel II, LPF Atlanta LLC and SSG Group, LLC ("Defendants") hereby submit this Joint Status Report with respect to the above-captioned matter.

On August 4, 2005, Plaintiff brought an action against Defendants in the Superior Court of Suffolk County, Commonwealth of Massachusetts, styled <u>Steven B. Belkin v. Bruce Levenson, Ed Peskowitz, J. Michael Gearon, Jr., J. Rutherford Seydel II, LPF Atlanta LLC and SSG Group, LLC</u>, Civil Action No. 05-3287 (BLS). On August 12, 2005, Defendants filed a Notice of Removal, and the case was removed to this Court. On August 19, 2005, Plaintiff filed a Motion to Remand pursuant to 28 U.S.C. §1447(c).

On August 19, 2005, the parties entered into a Purchase and Sale Agreement ("PSA"), which would, upon the consummation of the terms of that agreement, result in a settlement of this litigation. The PSA provided a valuation process for determining the fair market value of

HTPA Holding Company, LLC, the owner of two Atlanta professional sports teams and the operating rights to the teams' home arena, and the sale of SB Belkin, LLC's ("Belkin") interest to HTPA. The PSA further contained a provision wherein the parties agreed that any suit as to any controversy or dispute arising out of the PSA would be brought in the Sixth Judicial Circuit Court for Montgomery County, Maryland.

On November 23, 2005, Belkin filed an action in Montgomery County, Maryland against HTPA and the Defendants alleging that HTPA and the Defendants had breached the terms of the PSA. Defendants answered and counterclaimed alleging that Belkin had breached the terms of the PSA. The parties thereafter filed cross-motions for partial summary judgment. On February 24, 2006, the Maryland court held an expedited hearing on the summary judgment motions and entered an order in Belkin's favor. Belkin has since filed a motion for entry of final judgment, which HTPA and the Defendants oppose. HTPA and the Defendants have also filed a motion to vacate and revise the Maryland court's February 24, 2006 order.

The parties believe that a final decision in the Maryland state court action will likely resolve this matter in its entirety. Therefore, they ask that the stay in this action remain in place until the Maryland action is completed.

**PLAINTIFF**

STEVEN B. BELKIN
By his attorneys:

*Maura T. Healy (PJO)*
John G. Fabiano, Esq. (BBO #157140)
Neil Jacobs, Esq. (BBO #249300)
Maura T. Healey, Esq. (BBO#640856)
C. Tama Donovan, Esq. (BBO #641292)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: 617-526-6000
Fax: 617-526-5000

**DEFENDANTS**

BRUCE LEVENSON, ED PESKOWITZ,
J. MICHAEL GEARON, JR.,
J. RUTHERFORD SEYDEL II,
LPF ATLANTA LLC, and
SSG GROUP, LLC

By their attorneys:

*Pat Jan*
Thomas C. Frongillo (BBO #180690)
Patrick J. O'Toole, Jr. (BBO #559267)
Danielle E. Simon (BBO #661676)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts 02110
Tel.: (617) 772-8300
Fax: (617) 772-8333

**Admitted Pro Hac Vice**
James W. Quinn
Bruce S. Meyer
Samantha G. Fisherman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

**OF COUNSEL:**
Edward G. Hardin
John J. Almond
ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, GA 30303
Tel. (404) 522-4700
Fax: (405) 525-2224

Dated: March 15, 2006

## CERTIFICATE OF SERVICE

I, Patrick J. O'Toole, Jr. hereby certify that a copy of the Joint Status Report was served upon John G. Fabiano, Esq. and Maura T. Healey, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, counsel for Plaintiff, by mail and pdf this 15th day of March, 2006.

_____
Patrick J. O'Toole, Jr.